## Exhibit A to the Complaint

**Location:** East White Plains, NY  
**IP Address:** 108.46.245.158  
**Total Works Infringed:** 63  
**ISP:**  Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 8F2DA95E6D53EDB6BE7BA538BBFDC8D7ACC86A7E | 08/22/2025 22:14:55 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 2 | 739236f5712f3cefa1b9f13ef11d339cecf51701 | 07/03/2025 20:51:54 | Wifey | 06/28/2025 | 07/08/2025 | PA0002539150 |
| 3 | F0CA9A216F22940CA8384BC10C7EE61E5C5A3925 | 06/28/2025 00:25:05 | Milfy | 12/04/2024 | 12/13/2024 | PA0002506316 |
| 4 | 927B3FDDC86598A3928C39AC94B14F9008B2FA9B | 06/27/2025 21:00:21 | Milfy | 08/02/2023 | 08/22/2023 | PA0002431039 |
| 5 | 5adc6f50a86c3ecfb00578fb7f2c89eb84093c09 | 06/25/2025 18:39:04 | Milfy | 03/20/2024 | 06/24/2024 | PA0002477487 |
| 6 | 997D5180CBC67DFE2455C40F2D36DF5AF75255D4 | 06/25/2025 18:25:39 | Milfy | 06/25/2025 | 07/08/2025 | PA0002539157 |
| 7 | B7A39FF4DDF226E83FC1942845AE0C46BF878933 | 06/20/2025 03:26:07 | Milfy | 06/18/2025 | 06/20/2025 | PA0002536523 |
| 8 | 7F56C7E9B5CF1A0DFE0923D807CDF3FFC549D1FD | 06/17/2025 23:07:37 | Tushy | 06/15/2025 | 06/20/2025 | PA0002536524 |
| 9 | C6ED7E828E18548415197327F0B6A99B4E62AD75 | 06/14/2025 14:44:42 | Milfy | 05/21/2025 | 06/09/2025 | PA0002534212 |
| 10 | BF9389FCE20A79F05BDA888C04DD9885FABA3063 | 06/12/2025 23:51:14 | Milfy | 06/11/2025 | 06/20/2025 | PA0002536519 |
| 11 | BB0ADEDEDDDBB8911DBECA006C512FE6C76C6166 | 06/06/2025 11:13:58 | Milfy | 01/03/2024 | 01/16/2024 | PA0002453476 |
| 12 | A7B169D69058ED77279A6AE8F5A1121E95C8947E | 06/06/2025 09:09:53 | Milfy | 02/28/2024 | 06/24/2024 | PA0002477483 |
| 13 | 6be774abe4738ac73c689f8fd17bdb43b9f06253 | 06/05/2025 22:10:13 | Milfy | 04/16/2025 | 04/22/2025 | PA0002526947 |
| 14 | C44771B201930C20DF5BC154C51ADCC4D82CEF9D | 06/05/2025 22:00:14 | Milfy | 06/04/2025 | 06/09/2025 | PA0002534199 |
| 15 | 71953E7754EC78886187D5FB739ADBCBFF27D232 | 05/31/2025 23:27:18 | Wifey | 05/31/2025 | 06/10/2025 | PA0002534385 |
| 16 | F08AD5B426431B457688A24780A361261C0F0FA6 | 05/29/2025 20:54:02 | Milfy | 05/28/2025 | 06/09/2025 | PA0002534201 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 6e3ebb60bb91b99ad3b509649c4ae51f3ae32d69 | 12/10/2024 04:14:29 | Tushy | 12/01/2024 | 12/13/2024 | PA0002506317 |
| 18 | a672f5f8de862296b5f29f77835ca1ffeebe9020 | 02/02/2024 16:57:10 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 19 | 4a6a4ec4d8831fa8960121f2fffaca1fb0629e89 | 02/02/2024 16:49:33 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 20 | 60bccbb0ac4cbff8ff0ba4fcbd32e5fa3baadd16 | 01/05/2024 20:34:56 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 21 | 0e04bf2f8ec0d710dcb7483c790dac830e1680be | 01/05/2024 17:26:30 | Blacked Raw | 10/16/2023 | 11/13/2023 | PA0002439580 |
| 22 | 2728a567731ea73aabeebf3bf77fb001a61033e1 | 12/02/2023 03:17:14 | Vixen | 04/29/2022 | 05/20/2022 | PA0002350386 |
| 23 | 689ae270ae2e16e7699ae51d1eda59106e5e064d | 12/01/2023 22:02:20 | Tushy | 02/26/2023 | 03/06/2023 | PA0002399996 |
| 24 | fd1c4832fc34152386a5fb74ffcd632d22eb9868 | 12/01/2023 21:09:42 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 25 | f283ddf582d71d436d27f13fe3660ebf4baf340f | 12/01/2023 21:08:29 | TushyRaw | 11/29/2023 | 12/13/2023 | PA0002445424 |
| 26 | cc025462dc739d5ca542833f35fcd7d7e7b904fd | 12/01/2023 21:02:14 | Blacked Raw | 09/11/2023 | 09/17/2023 | PA0002430897 |
| 27 | 3f8f726b3f24d80e30b986eeeafbb9ac89e11531 | 12/01/2023 20:02:34 | Tushy | 04/10/2022 | 04/23/2022 | PA0002346425 |
| 28 | 6fcd2ba4656659573b69c77d15a0ab4de040434f | 12/01/2023 19:50:51 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 29 | cc6fd2cdd1bbd80da3e1c3abd7a2c61515fe51fa | 12/01/2023 19:36:32 | Blacked Raw | 06/06/2022 | 06/27/2022 | PA0002355038 |
| 30 | 6dcda52dd5087e6beeb2fb6c152aa0a9efcdd6b6 | 12/01/2023 19:00:41 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 31 | be3e50d5b54ab9021ef3c7f5f241adf0a126d56d | 12/01/2023 18:44:35 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |
| 32 | 48db31e993bbe2dde7cb39e14a0456ff71e7b176 | 12/01/2023 18:00:31 | Tushy | 04/17/2022 | 04/23/2022 | PA0002346417 |
| 33 | 780abe19d35f541224a40e8ab2f08052682ed84f | 12/01/2023 16:36:15 | Blacked | 11/12/2022 | 12/11/2022 | PA0002384761 |
| 34 | 1ddf219f2a5f621cc0cf202b57039a2f427289b1 | 12/01/2023 16:20:43 | Vixen | 06/23/2023 | 08/22/2023 | PA0002431034 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 0a3d03509ada9b4602d9da2e90c64900151a849d | 12/01/2023 16:06:07 | Tushy | 09/17/2023 | 10/18/2023 | PA0002435347 |
| 36 | e0e1922dde85e940ca1c647a4281ae987e71a33e | 12/01/2023 15:53:50 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 37 | 850751330764587d6295706df8fa3e2d92763e62 | 11/03/2023 20:58:17 | Blacked Raw | 10/23/2023 | 11/13/2023 | PA0002439616 |
| 38 | dd1f521364ce61512bc25f80f45a1bd13ffd392c | 11/03/2023 20:29:09 | Tushy | 10/09/2022 | 11/27/2022 | PA0002389321 |
| 39 | c7dbb7401ab0bbd41ae23ce6443de6a5ad4e47da | 11/03/2023 19:58:41 | Blacked Raw | 10/06/2022 | 11/01/2022 | PA0002378072 |
| 40 | 2925b427e6188b9d977b2dd8df75b753212fef70 | 11/03/2023 19:33:46 | Blacked | 11/05/2022 | 12/11/2022 | PA0002384720 |
| 41 | 7a72db744f6131f22e7a8123ac5e6d2753a33ccd | 11/03/2023 19:08:15 | Vixen | 12/30/2022 | 01/10/2023 | PA0002389585 |
| 42 | a0bd6b617d4f941d5b48bd2cb5e1bc7bfe4f3908 | 11/03/2023 18:50:10 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 43 | 327bb83df06b498872134c009e43265abf6b28ca | 11/03/2023 18:18:30 | Blacked | 05/06/2023 | 05/15/2023 | PA0002411299 |
| 44 | 93e7ba8eb43b1353d2002c8cad923b8063707135 | 11/03/2023 18:03:14 | Blacked | 03/25/2023 | 04/07/2023 | PA0002405756 |
| 45 | b7b8d553be948fbe1bd7c858786407c397686e94 | 09/09/2023 00:04:57 | Tushy | 03/12/2023 | 04/07/2023 | PA0002405752 |
| 46 | 1a6d0b1e6254d588a013075e0598ed5d10170a9a | 09/08/2023 23:57:05 | Vixen | 08/11/2023 | 10/18/2023 | PA0002435601 |
| 47 | 134ca5005507daca97e9a0f9c61e19b8760a72de | 09/08/2023 21:50:04 | Blacked | 07/30/2023 | 08/17/2023 | PA0002425764 |
| 48 | 7f174a6f2de4e3ae538494eea0dae2df380a416e | 09/08/2023 21:20:29 | Blacked Raw | 12/05/2022 | 01/10/2023 | PA0002389624 |
| 49 | e63935d30e19b0452c6353cbefd4ffca92d1bc83 | 09/08/2023 20:49:42 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 50 | 1d1cfd05bb6497e939bd568765720a64056a8ff8 | 09/08/2023 20:35:21 | TushyRaw | 08/30/2023 | 09/18/2023 | PA0002430961 |
| 51 | e3d2ccdac7ab53da4c01e636a36026b47aca576c | 09/08/2023 20:18:32 | Blacked Raw | 04/04/2023 | 04/07/2023 | PA0002405732 |
| 52 | b49a4bdf3775c4c4ee8264d8de8e970ebe3d235c | 09/08/2023 19:14:24 | TushyRaw | 07/12/2023 | 08/17/2023 | PA0002425538 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | b32bbc1baa3a66916303cc500a82c2cd1129df6b | 09/08/2023 18:34:05 | Tushy | 03/13/2022 | 03/29/2022 | PA0002342866 |
| 54 | c6dbced12235344ed82daa883dfa8fb0bff0d6ee | 09/08/2023 17:51:17 | Blacked Raw | 03/25/2023 | 04/07/2023 | PA0002405729 |
| 55 | 49da75c3088439e2c1f66cd819691f01c7dce14e | 08/11/2023 22:43:21 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |
| 56 | d6194f2448d7b0bf78c2840fef6d1de06ea0f08a | 08/11/2023 22:25:26 | TushyRaw | 07/19/2023 | 08/17/2023 | PA0002425534 |
| 57 | 635153d3ceda2dfbd247dce9f3c414a64177984f | 08/11/2023 19:19:36 | Tushy | 01/22/2023 | 01/27/2023 | PA0002393076 |
| 58 | 293695fcb8da5be7f6b63a1dbfe163b69da4120e | 08/11/2023 18:44:57 | Blacked Raw | 09/11/2022 | 10/05/2022 | PA0002373951 |
| 59 | 5a042d88476279b9e1befb73d8b7cf63a15f5cc9 | 07/14/2023 20:48:42 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 60 | a64ea370dcfe82c855f57be8e2fcdc10d6d38aac | 02/10/2023 21:45:44 | Blacked Raw | 03/28/2022 | 04/23/2022 | PA0002346413 |
| 61 | cd7ecfc7eb04985692ed40c06bcdc256ecf8b970 | 02/10/2023 19:50:40 | Tushy | 04/24/2022 | 05/20/2022 | PA0002350374 |
| 62 | 54ed057c66d8de6e222293eda869d6c30e399a74 | 12/02/2022 23:57:18 | Tushy | 08/28/2022 | 11/01/2022 | PA0002378076 |
| 63 | ede61751e4c9423eb082cb17e95e6a9286061a67 | 10/29/2022 03:23:08 | Blacked Raw | 04/11/2022 | 04/23/2022 | PA0002346408 |